IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE SEPULVEDA,** | **CIVIL NO. 1:14-2398** |
| Petitioner | |
| v. | **(Judge Rambo)** |
| **MR. MARRIANA,** | **(Magistrate Judge Carlson)** |
| Respondent | |

**O R D E R**

AND NOW, this 7th day of May, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 15).

2) Petitioner's "Motion for Reconsideration" (Doc. 16) is deemed to be objections to the report and recommendation.

3) The captioned action is transferred to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §1404.

                                                 s/Sylvia H. Rambo
                                                 United States District Judge

Dated: May 7, 2015.